# Court of Appeals
# of the State of Georgia

ATLANTA,  December 18, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0024.  BERNARD v. BERNARD.**

James Bernard filed an application for discretionary appeal on December 2, 2017. See Pending Application, Case Number A18D0230. On December 12, 2017, Bernard filed a Rule 40 (B) Emergency Motion, which this Court improvidently docketed as a separate emergency motion rather than an emergency motion in the pending application. See Case Number A18E0024. The emergency motion having been redocketed to A18D0230 and disposed of, this matter is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/18/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*